IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD LAWRENCE WARNER, )
)
    Plaintiff, )
) Civil Action No. 08-55 Erie
v. )
)
CATHERINE MCVEY, et al., )
)
    Defendants. )

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on February 20, 2008, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 30], filed on February 27, 2009, recommended that the motion to dismiss or alternatively, for judgment on the pleadings, filed by the Department of Corrections Defendants [Doc. No. 27] be denied. The parties were allowed ten (10) days from the date of service to file objections. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of March, 2009;

IT IS HEREBY ORDERED that the motion to dismiss or alternatively, for judgment on the pleadings, filed by the Department of Corrections Defendants [Doc. No. 27] is DENIED.

The Report and Recommendation [Doc. No. 30] of Magistrate Judge Baxter, filed on February 27, 2009, is adopted as the opinion of the Court.

                                                s/   Sean J. McLaughlin
                                                     United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge